IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Lori A. Brenzo | ) | Case No.: 11-20839GLT |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| _____ \_\_\_\_ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No. 131 |
| Vs. | ) | |
| No Respondent(s) | ) | |

### TRUSTEE'S WITHDRAWAL OF MOTION FOR APPROVAL OF REPORT OF RECEIPTS AND DISBURSEMENTS-PLAN COMPLETED

The Motion for Approval of Report of Receipts and disbursements that was filed in the above-referenced case on August 26, 2016 (document 131) is hereby

WITHDRAWN.

Respectfully submitted,

10-11-2016                              /s/ Ronda J. Winnecour
date                                    Ronda J. Winnecour (PA I.D. #30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower – Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com