**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LORI A. BRENZO

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:11-20839 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/17/2011 and confirmed on 04/19/2011. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,387.00 |
| Less Refunds to Debtor | 3,065.86 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,321.14 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,750.75 | |
|     Trustee Fee | 1,939.98 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,690.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7989 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 36,948.52 | 0.00 | 36,948.52 |
|     Acct: 7989 | | | | |
|   MIDFIRST BANK SSB* | 6,561.85 | 6,561.85 | 0.00 | 6,561.85 |
|     Acct: 7989 | | | | |
| | | | | 43,510.37 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LORI A. BRENZO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LORI A. BRENZO | 35.39 | 35.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LORI A. BRENZO | 3,030.47 | 3,030.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 2,750.00 | 2,750.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 11-20839 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | PAUL W MCELRATH JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCELRATH LEGAL HOLDINGS LLC | 1,000.75 | 1,000.75 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXX3-15 | | | | |
| | INTERNAL REVENUE SERVICE* | 5,120.04 | 5,120.04 | 0.00 | 5,120.04 |
| | Acct: 1713 | | | | |
| | | | | | 5,120.04 |
| Unsecured | | | | | |
| | AMERISTAR FINANCIAL LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3913 | | | | |
| | BEAVER VALLEY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0126 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6292 | | | | |
| | CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7982 | | | | |
| | CHRYSLER FINANCIAL** | 8,389.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 2339 | | | | |
| | CHRYSLER FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4429 | | | | |
| | CHRYSLER FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4577 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7628 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1467 | | | | |
| | GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8677 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 703.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 9200 | | | | |
| | BOSCOV'S | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7270 | | | | |
| | HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8294 | | | | |
| | KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9252 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5002 | | | | |
| | PEOPLES HOME SAVINGS BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1755 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9200 | | | | |
| | PRINCIPAL RSIDNTIAL MTG INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7989 | | | | |
| | RICHARD COVATTO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2184 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8591 | | | | |
| | SOUTHWEST CREDIT CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8294 | | | | |
| | FCNB PREFERRED CHARGE/SPIEGEL*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9189 | | | | |
| | SOUTHWEST CREDIT CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8294 | | | | |
| | SYNERGETIC COMMUNICATIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7768 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| TCM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3950 | | | | |
| BACK BOWL I LLC | 516.82 | 0.00 | 0.00 | 0.00 |
| Acct: 4090 | | | | |
| TARGET/RNB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4884 | | | | |
| TOYOTA MOTOR CREDIT CORP/LEXUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6062 | | | | |
| ASSET ACCEPTANCE LLC - ASSIGNEE | 3,189.70 | 0.00 | 0.00 | 0.00 |
| Acct: 4899 | | | | |
| INTERNAL REVENUE SERVICE* | 627.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1713 | | | | |
| PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                               48,630.41

TOTAL CLAIMED
 PRIORITY         5,120.04
 SECURED          6,561.85
 UNSECURED       13.426.92

Date: 10/11/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com