FILED
10/12/16 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Lori A. Brenzo | ) | Case No.: 11-20839GLT |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| _____ ____) | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No. 131 |
| Vs. | ) | |
| No Respondent(s) | ) | |

<u>TRUSTEE'S WITHDRAWAL OF MOTION FOR APPROVAL OF REPORT OF
RECEIPTS AND DISBURSEMENTS-PLAN COMPLETED</u>

The Motion for Approval of Report of Receipts and disbursements that was filed

in the above-referenced case on August 26, 2016 (document 131) is hereby

WITHDRAWN.


Respectfully submitted,


<u>10-11-2016</u>                    <u>/s/ Ronda J. Winnecour</u>
date                                Ronda J. Winnecour (PA I.D. #30399)
                                    Attorney and Chapter 13 Trustee
                                    U.S. Steel Tower – Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com


   SO ORDERED
   October 12, 2016

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-20839-GLT
Lori A. Brenzo                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1           Date Rcvd: Oct 12, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db            #+Lori A. Brenzo,    204 38th Street,    Beaver Falls, PA 15010-3405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Lori A. Brenzo ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
        rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 5